**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**Southern Division**

| | | |
|---|---|---|
| TIMOTHY S. BOWYER, | : | CASE NO. 1:17-cv-00176 |
| Plaintiff, | : | JUDGE GORDON J. QUIST |
| v. | : | |
| DIVERSIFIED ADJUSTMENT SERVICE, INC., | : | |
| Defendant. | : | |

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED, by and between Plaintiff, Timothy Bowyer, and Defendant, by and through their respective counsel of record, that the entire above-captioned action is voluntarily dismissed with prejudice.

Respectfully submitted,

| | |
|---|---|
| /s/ Jeffrey D. Mapes (per written authority) | /s/John P. Langenderfer |
| Jeffrey David Mapes | Jeffrey C. Turner (OH # 0063154) |
| Law Office of Jeffrey D. Mapes PLC | John P. Langenderfer (OH # 0079094) |
| 29 Pearl St., NW, Ste. 305 | Surdyk, Dowd, & Turner, CO, L.P.A. |
| Grand Rapids, MI 49503 | 8163 Old Yankee St., Suite C |
| (616) 719-3847 | Dayton, Ohio 45458 |
| Fax: (616) 719-3857 | Tel.   (937) 222-2333 |
| Email: jeff@mapesdebt.com | Fax   (937) 222-1970 |
| *Attorneys for Plaintiff* | jturner@sdtlawyers.com |
| | jlangenderfer@sdtlawyers.com |
| | *Trial Attorneys for Defendant* |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2017, I served the foregoing STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE upon the following via the Court's electronic filing system which will provide notice to all parties.

/s/John P. Langenderfer
John P. Langenderfer (OH # 0079094)

2